**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**REGINA STEPHENS** **PLAINTIFF**

**v.** **Case No. 3:25-cv-00204-KGB**

**MISSISSIPPI COUNTY SHERIFF'S OFFICE, *et al.*** **DEFENDANTS**

# JUDGMENT

Pursuant to the Order filed on this date, it is considered, ordered, and adjudged that plaintiff Regina Stephens's complaint is dismissed without prejudice (Dkt. No. 2). The relief sought is denied. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal taken from the Order and Judgment dismissing this action is considered frivolous and not in good faith. The Clerk is instructed to close the case.

So adjudged this 23rd of November, 2026.

Kristine G. Baker
Chief United States District Judge